UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS


**Brian Beardsley,**

**V.**                               **CIVIL ACTION NO. 1:23-cv-10793-MJJ**

**Resort Sales by Spinnaker, Inc.et al.,**


### SETTLEMENT ORDER OF DISMISSAL


**JOUN, D.J.**

    The Court have been advised that the above-entitled action has been settled.

    IT IS HEREBY ORDERED that this action is hereby dismissed, without costs and without prejudice to the right, upon good cause shown within **forty-five (45) days**, to reopen the action if, settlement is not consummated.


February 26, 2024                                  /s/ Steve K. York
                                                   ---------------------------
                                                   **Deputy Clerk**